1

2

3

4

5

6

7            IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )
                                       )
11                   Plaintiff,        )       2:04MJ00028-PAN
                                       )
12       v.                            )
                                       )
13  GUADALUPE VALENCIA,                )
                                       )
14                   Defendant.        )
    _____)

15

**ORDER FOR REMISSION OF FINE**

16

17       This matter is before the court on the petition of the

    United States for remission of the unpaid portion of the criminal
18
    fine owed by the defendant, in accordance with the provisions of
19
    18 U.S.C. § 3573.  The court finds it has jurisdiction over the
20
    subject matter and the parties, and having reviewed the petition;
21
         ORDERS that the unpaid portion of the criminal fine imposed
22
    against the defendant Guadalupe Valencia is hereby remitted.
23

24  IT IS SO ORDERED:

25  Dated: December 23, 2009.    _____
                                 EDMUND F. BRENNAN
26                               UNITED STATES MAGISTRATE JUDGE

27

28